

**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** ANTHONY BENJAMIN PHILLIPS   **Defendant(s):** UNITED STATES OF AMERICA, et al.

**County of Residence:** COOK   **County of Residence:**

**Plaintiff's Address:**
Anthony Benjamin Phillips
#18397-424
Metropolitan - MCC
71 West Van Buren Street
Chicago, IL 60605

**Defendant's Attorney:**
AUSA
United States Attorney's Office
219 South Dearborn Street
Chicago, IL 60604

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question (U.S. gov't. not a party)
☑ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**08CV3278**
**JUDGE DOW**
**MAGISTRATE JUDGE KEYS**

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2241

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham   **Date:** 06/06/2008

FILED
JUN 0 6 2008 TC
Jun 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT